

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00036-CV

| | | |
|---|---|---|
| In the Interest of  J.V. and D.V., children | § | From County Court at Law No. 2 |
| | § | of Wichita County (12202-JR-F) |
| | § | July 9, 2015 |
| | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment.  It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Anne Gardner_____
    Justice Anne Gardner